# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| In re:<br><br>RONCO HOLDINGS, INC.,<br><br>               Debtor. | Case No. 18-10511-TMD<br><br>Chapter 11 |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that the undersigned of BRUTZKUS GUBNER hereby appears on behalf of Ron Popeil, and respectfully requests that all notices which are required to be given in this case and all papers which are required pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure, be served upon Robyn B. Sokol at the address, telephone and facsimile number listed below:

Robyn S. Sokol, Esq.
BRUTZKUS GUBNER
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile:  (818) 827-9099
E-mail: rsokol@bg.law

Dated: July 31, 2018

Respectfully submitted,
BRUTZKUS GUBNER

By: /s/ Robyn B. Sokol
     Robyn B. Sokol
     Counsel for Ron Popeil

# CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of July, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of this filing to all ECF participants registered to receive electronic notice in this bankruptcy proceeding and furthermore as indicated below.

                                        /s/ Robyn B. Sokol
                                        Robyn B. Sokol